UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 1:24-CR-273 |
| v. | (Judge Saporito) |
| ASHLEY PHY, | |
| Defendant. | |

# INDICTMENT

FILED
HARRISBURG, PA
OCT 02 2024
PER _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 2251(b)
(Production of Child Pornography by Parent)

On or about December 24, 2021, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

ASHLEY PHY,

was the parent, legal guardian, and person having custody and control of a minor, and did knowingly permit the minor to engage in, and assist another person to engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the depiction of sexually explicit conduct was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any

means, in that, depiction of sexually explicit conduct was produced using a cell phone camera which had been transported in interstate commerce and was manufactured outside the Commonwealth of Pennsylvania.

In violation of Title 18, United States Code, Section 2251(b).

THE GRAND JURY FURTHER CHARGES:

COUNT 2
18 U.S.C. § 2251(b)
(Production of Child Pornography by Parent)

On or about December 30, 2021, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

ASHLEY PHY,

was the parent, legal guardian, and person having custody and control of a minor, and did knowingly permit the minor to engage in, and assist another person to engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the depiction of sexually explicit conduct was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, in that, depiction of sexually explicit conduct was produced using a cell phone camera which had been transported in interstate

commerce and was manufactured outside the Commonwealth of Pennsylvania.

In violation of Title 18, United States Code, Section 2251(b).

THE GRAND JURY FURTHER CHARGES:

### COUNT 3
### 18 U.S.C. § 2251(b)
### (Production of Child Pornography by Parent)

On or about March 25, 2023, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

### ASHLEY PHY,

was the parent, legal guardian, and person having custody and control of a minor, and did knowingly permit the minor to engage in, and assist another person to engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the depiction of sexually explicit conduct was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, in that, depiction of sexually explicit conduct was produced using a cell phone camera which had been transported in interstate commerce and was manufactured outside the Commonwealth of

3

Pennsylvania.

In violation of Title 18, United States Code, Section 2251(b).

THE GRAND JURY FURTHER CHARGES:

COUNT 4
18 U.S.C. § 2251(b)
(Production of Child Pornography by Parent)

On or about October 18, 2023, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

ASHLEY PHY,

was the parent, legal guardian, and person having custody and control of a minor, and did knowingly permit the minor to engage in, and assist another person to engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the depiction of sexually explicit conduct was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, in that, depiction of sexually explicit conduct was produced using a cell phone camera which had been transported in interstate commerce and was manufactured outside the Commonwealth of Pennsylvania.

In violation of Title 18, United States Code, Section 2251(b).

THE GRAND JURY FURTHER CHARGES:

COUNT 5
18 U.S.C. § 2251(b)
(Production of Child Pornography by Parent)

On or about November 18, 2023, in Dauphin County, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

ASHLEY PHY,

was the parent, legal guardian, and person having custody and control of a minor, and did knowingly permit the minor to engage in, and assist another person to engage in, sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the depiction of sexually explicit conduct was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, in that, depiction of sexually explicit conduct was produced using a cell phone camera which had been transported in interstate commerce and was manufactured outside the Commonwealth of Pennsylvania.

In violation of Title 18, United States Code, Section 2251(b).

A TRUE BILL

_____
FOREPERSON

GERARD M. KARAM
United States Attorney

10/2/2024
_____
Date

_____
JOSEPH J. TERZ
Assistant United States Attorney

6