FILED
HARRISBURG, PA
OCT 02 2024
PER ◯◯◯
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:24-CR-273 |
| | ) | |
| v. | ) | (JUDGE Saporito) |
| | ) | |
| ASHLEY PHY | ) | (ELECTRONICALLY FILED) |

## MOTION FOR THE COURT TO ISSUE A WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE, THE JUDGES OF SAID COURT:

**NOW COMES** Gerard M. Karam, United States Attorney in and for the Middle District of Pennsylvania, and would respectfully show the Court:

1. That there is now pending in this Court and undisposed of a certain criminal case charging the said **ASHLEY PHY** with violations of 18 U.S.C. § 2251(b).

2. That the said **ASHLEY PHY** is now in the custody of the Warden, Dauphin County Prison, Harrisburg, Pennsylvania.

**WHEREFORE**, on behalf of the United States of America, the said Gerard M. Karam, United States Attorney, prays your Honorable Court to grant and issue a writ of habeas corpus ad prosequendum to have the said **ASHLEY PHY** before the United States District Court for the Middle District of Pennsylvania at the Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania, on October 9, 2024 at 1:00 pm. for an initial appearance.

Respectfully submitted,

GERARD M. KARAM
United States Attorney

/s/ Joseph J. Terz
JOSEPH J. TERZ
Assistant U.S. Attorney
PA 55480
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
joseph.terz@usdoj.gov