UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:24-CR- 273 |
| | ) | |
| v. | ) | (JUDGE Saporito ) |
| | ) | |
| ASHLEY PHY | ) | (ELECTRONICALLY FILED) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

UNITED STATES OF AMERICA TO THE WARDEN;
DAUPHIN COUNTY PRISON, HARRISBURG, PENNSYLVANIA

GREETINGS:

    YOU ARE COMMANDED TO PRODUCE NOW, in the custody of the United States Marshal, or one of his deputies, before the United States District Court at Harrisburg, Pennsylvania, on _October 9_, 2024 at _1:00 p_.m., the person of **ASHLEY PHY**, whom it is alleged you legally restrain of her liberty and against whom there are pending certain criminal proceedings in the United States District Court for the Middle District of Pennsylvania, to the end that the said **ASHLEY PHY** be heard on the criminal charges above referred to, charging violations of 18 U.S.C. § 2251(b), and you are directed to keep the said prisoner safe in custody and confine her from day to day, when not appearing before the Court, in a safe and suitable jail, and, at the conclusion of said proceeding, to immediately return the said **ASHLEY PHY** to Dauphin County Prison, Harrisburg, Pennsylvania, to serve the balance of the sentence or sentences heretofore posed.

    **HEREIN FAIL NOT** and do return made hereof.

    **WITNESS** my signature on this, the _2ND_ day of _October_, 2024.

_____
[ ] UNITED STATES DISTRICT JUDGE
[X] UNITED STATES MAGISTRATE JUDGE