IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 1:24-CR-00273 |
| | : |
| v. | : |
| | : |
| ASHLEY PHY, | : |
| Defendant. | : |

**PLEA**

AND NOW, this 9th day of October 2024, the within named defendant, hereby enters a plea of Not Guilty to the within Indictment.

_Ashley Phy_
(Defendant's Signature)

_Cinter S_
(Defense Counsel)