UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:24-CR-0273 |
| ASHLEY PHY, | : | (JUDGE SAPORITO) |
| Defendant | : | |

## O R D E R

The parties shall have until **October 29, 2024** to file any Pretrial Motions and Motions *in Limine* in this case.

Jury Selection and Trial are scheduled for **Monday, December 16, 2024, at 9:30 a.m.** in the Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania in Courtroom #3.

JOSEPH F. SAPORITO, JR.
United States District Judge

Dated: October 10, 2024

FILED
WILKES-BARRE
OCT 10 2024
PER ___ DEPUTY CLERK